IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL NO. 1:13-MD-2493-JPB |

THIS DOCUMENT RELATES TO ALL CASES.

### UTC FIRE & SECURITY AMERICAS CORPORATION, INC. AND HONEYWELL INTERNATIONAL INC.'S UNOPPOSED JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

COME NOW Defendants UTC Fire & Security Americas Corporation, Inc. ("UTCFS") and Honeywell International, Inc. ("Honeywell"), and move this Court to direct entry of final judgment pursuant to Fed. R. Civ. P. 54(b) with regard to this Court's dismissal of UTCFS and Honeywell pursuant to its December 22, 2016, Order Granting Summary Judgment (the "Dismissal Order"), showing this Honorable Court as follows:

1. On December 22, 2016, this Court dismissed UTCFS and Honeywell from all matters in this action that pertain to UTCFS and Honeywell pursuant to its Order Granting Summary Judgment, which found that UTCFS and Honeywell cannot be held vicariously liable for the alleged violations of the Telephone Consumer Protection Act ("TCPA").

2. There is no just cause for delay in entry of final judgment as to UTCFS or Honeywell.

3. Plaintiffs' counsel has authorized the undersigned to inform the Court that they have no objection to the entry of judgment in this matter pursuant to Rule 54(b), Federal Rules of Civil Procedure.

In support of this Motion, the Court is referred to UTCFS and Honeywell's Memorandum in Support of Their Motion, filed simultaneously herewith.

WHEREFORE, UTCFS and Honeywell request that this Court grant their Motion and direct entry of final judgment.

Respectfully submitted this 13th day of January, 2017.

/s/ Becca Wahlquist
Becca Wahlquist

Becca J. Wahlquist
 bwahlquist@swlaw.com
Snell & Wilmer LLP
350 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 929-2500
Fax: 213-929-2500

/s/ William D. Wilmoth
William D. Wilmoth

William D. Wilmoth, W. Va. Bar # 4075
 william.wilmoth@steptoe-johnson.com
Gordon H. Copland, W. Va. Bar # 828
 gordon.copland@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
1233 Main Street, Suite 3000
Wheeling, WV 26003
Telephone: (304) 233-0000
Fax: (304) 233-0014

*Attorneys for Defendant*
*UTC Fire and Security Americas*
*Corporation, Inc.*

/s/ Lauri A. Mazzuchetti
Lauri A. Mazzuchetti

Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
(973) 503-5910
(973) 503-5950 (Fax)
Email: lmazzuchetti@kelleydrye.com

7380782.1

/s/ R. Booth Goodwin II
R. Booth Goodwin II

Carrie Goodwin Fenwick, WV Bar # 7164
R. Booth Goodwin II, WV Bar #7165
Goodwin & Goodwin, LLP
PO Box 2107
Charleston, WV 25328-2107
(304) 346-7000
(304) 344-9692 (Fax)
Email: cgf@goodwingoodwin.com

*Attorneys for Defendant*
*Honeywell International, Inc.*

7380782.1

## CERTIFICATE OF SERVICE

I hereby certify that, on the 13th day of January, 2017, I served the foregoing "UTC Fire & Security Americas Corporation, Inc. and Honeywell International, Inc.'s Unopposed Joint Motion for Entry of Final Judgment" upon all counsel of record, by filing the same with the Court's CM/ECF filing system, which will serve notice upon all counsel of record.

I also certify I served the document upon the following pro se parties by depositing true copies thereof in the U.S. Mail, postage prepaid, addressed as follows:

Bryan Anthony Reo
7143 Rippling Brok Lane
Mentor, OH 44060

Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, TN 37211

/s/ William D. Wilmoth

William D. Wilmoth, W. Va. Bar # 4075
**STEPTOE & JOHNSON PLLC**
1233 Main Street, Suite 3000
P.O. Box 751
Wheeling, WV 26003
Telephone: (304) 233-0000
Fax: (304) 233-0014

7380782.1