**NORTHERN DISTRICT OF WEST VIRGINIA**
**CLERK, UNITED STATES DISTRICT COURT**
300 THIRD ST., ROOM 227
P.O. BOX 1518
ELKINS, WEST VIRGINIA 26241-1518

OFFICIAL BUSINESS

CERTIFIED MAIL

7017 1070 0000 7883 0221

**FILED**
NOV 07 2017
U.S. DISTRICT COURT
ELKINS WV 26241

11-6-17

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael C. Worsham
1916 Cosner Road
Forest Hill, MD 21050
1:13md2493 ALL de 1122

9590 9402 2354 6225 6882 90

2. Article Number (Transfer from service label)
7017 1070 0000 7883 0221

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                               ☐ Agent
                                ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. ☐ Adult Signature                ☐ Priority Mail Express®
   ☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
   ☐ Certified Mail®                ☐ Registered Mail Restricted Delivery
   ☐ Certified Mail Restricted Delivery    ☐ Return Receipt for Merchandise
   ☐ Collect on Delivery            ☐ Signature Confirmation™
   ☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

Domestic Return Receipt

NIXIE    207   D2   1          0011/01/17
           RETURN TO SENDER
             UNCLAIMED
           UNABLE TO FORWARD

BC: 26241518818     0054N306002-01633

Michael C. Worsham
1916 Cosner Road
Forest Hill, MD 21050
1:13md2493 ALL de 1122

$007.50 PITNEY BOWES
SEP 28 2017