IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: MONITRONICS
INTERNATIONAL, INC.,
TELEPHONE CONSUMER
PROTECTION ACT LITIGATION

MDL NO. 1:13-MD-2493
(BAILEY)

----------------------------------------

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Upon review of the Docket in this matter, the relief requested in Docs. 1073 and 1108 was granted by Doc. 1115. Accordingly, the Clerk is **DIRECTED** to **TERMINATE Docs. 1073 and 1108**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: March 1, 2018.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE