## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 1:13-md-02493-JPB-JES |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

### MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P . 11

Class Member Catherine Smith moves for an order that Plaintiffs' counsel Jonathan R. Marshall and Beth E. Terrell, and their respective firms be sanctioned $1,500, to be paid to the Court, publicly admonished, and advised not to repeat the violation described in the Memorandum of Law filed in support of this motion.  In support of her request, Ms. Smith refers the Court to the accompanying Memorandum of Law, and Declaration of John W. Davis.

Date:   April 22, 2018                                       Respectfully submitted,


                                                              s/  Courtland Creekmore

                                                              Courtland Creekmore
                                                              4832 N. Fairfax Drive #5
                                                              Arlington, VA 22203
                                                              415-528-8995
                                                              courtland.creekmore@gmail.com

- 2 -

>John W. Davis
>Law Office of John W. Davis
>501 W. Broadway, Suite 800
>San Diego, CA 92101
>(619) 400-4870
>john@johnwdavis.com
>
>C. Benjamin Nutley
>1055 E. Colorado Blvd., 5th Floor
>Pasadena, California 91106
>Telephone: (626) 204-4060
>Facsimile: (626) 204-4061
>nutley@zenlaw.com
>
>Salene Mazur Kraemer
>331 Jonquil Place
>Pittsburgh, PA 15228
>(858) 263-9581
>salene@mazurkraemer.com
>
>*Counsel for Class Member Catherine Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses for counsel of record including the following:

| | |
|---|---|
| Beth E. Terrell<br>Email: bterrell@terrellmarshall.com<br>Mary B. Reiten<br>Email: mreiten@terrellmarshall.com<br>TERRELL MARSHALL LAW GROUP<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 | Jonathan R. Marshall<br>Email: jmarshall@baileyglasser.com<br>John W. Barrett<br>Email: jbarrett@baileyglasser.com<br>BAILEY & GLASSER LLP<br>209 Capitol Street<br>Charleston, West Virginia 25301<br>(304) 345-6555<br>(304) 342-1110 (fax) |
| Jeffrey A. Holmstrand<br>Email: jholmstrand@grovedelklaw.com<br>GROVE HOLMSTRAND & DELK, PLLC<br>44-1/2 15th Street<br>Wheeling, West Virginia 26003<br>(304) 905-1961<br>(304) 905-8628 (fax) | Meryl C. Maneker<br>Email: mmaneker@wilsonturnerkosmo.com<br>WILSON TURNER KOSMO LLP<br>550 West C Street, Suite 1050<br>San Diego, California 92101<br>(619) 236-9600<br>(619) 236-9669 (fax) |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  April 22, 2018

                                                      s/ Courtland Creekmore
                                                      Courtland Creekmore