UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 1:13-md-02493-JPB-MJA |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____% plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____.

x other:

> In accordance with the Court's Final Approval Order and Judgment of June 12, 2018 (Doc. 1214), the Class Action Settlement is approved, the parties are ordered to perform their obligations under the Settlement Agreement, the Court dismisses Plaintiffs' claims against Monitronics with prejudice and without costs (except as otherwise provided in the Final Approval Order and Judgment and in the Settlement Agreement), the Releasing Parties are forever barred and permanently enjoined as set

> forth in the Final Approval Order and Judgment, and all other terms, conditions, and requirements of said order are incorporated herein.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Bailey on a motion for Final Approval of Class Action Settlement (Doc. 1177).

Date: _____                    CLERK OF COURT


                                           _____
                                           *Signature of Clerk or Deputy Clerk*

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Liaison Counsel for Defendants*:

Jeffrey A. Holmstrand
GROVE HOLMSTRAND & DELK, PLLC
44-1/2 15th Street
Wheeling, West Virginia 26003
Telephone: (304) 905-1961
Facsimile: (304) 905-8628
Email: jholmstrand@grovedelklaw.com

*Co-Lead Counsel for Defendant Monitronics, Inc.*:

Jeffrey A. Holmstrand
GROVE HOLMSTRAND & DELK, PLLC
44-1/2 15th Street
Wheeling, West Virginia 26003
Telephone: (304) 905-1961
Facsimile: (304) 905-8628
Email: jholmstrand@grovedelklaw.com

Meryl C. Maneker
WILSON TURNER KOSMO LLP
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
Email: mmaneker@wilsonturnerkosmo.com

I further certify that on June 19, 2018, I caused the foregoing to be mailed by the U.S. Postal Service, from Seattle, Washington, postage prepaid, to the following:

Craig Cunningham
5543 Edmondson Pike, Suite 248
Nashville, Tennessee 37211

Bryan Anthony Reo
7143 Rippling Brook Lane
Mentor, Ohio 44060

Dated: June 19, 2018.　　　　　　　　　TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
　　Beth E. Terrell
　　936 North 34th Street, Suite 300
　　Seattle, Washington 98103-8869
　　Telephone: (206) 816-6603
　　Facsimile: (206) 319-5450
　　Email: bterrell@terrellmarshall.com

*Co-Lead Counsel for Plaintiffs*