# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

IN RE: Monitronics International
Inc., Telephone Consumer
Protection Act Litigation

MDL No. 1:13md02493-JPB-JPM

THIS DOCUMENT RELATES TO:
Keith Finklea, et al . Monition/cs Intenuitional Inc., et al,
Case No. 1: 14-cv-87
Todd C. Bank, et al., v. Alliance Security Inc., et al,
Case No. 1:14-cv-215
Daiien Newhart v. Monitronics International, Inc., et al,
Case No. l:15-cv-l61
Jeffrey Wagy v. Monitronics International, Inc., et al.
5:16-cv-133

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☒ Other

Because none of the above plaintiffs requested exlcusion from the Class, their claims against Monitronics International, Inc., are dismissed with prejudice by operation of the Class Action Settlement and the Final Approval Ordered entered on June 12, 2018.

This action was:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

John Preston Bailey

Date: 6/17/19

*CLERK OF COURT*
Cheryl Dean Riley

by: J. Schoonover

*Signature of Clerk or Deputy Clerk*